MICHAEL MARTIN : SUIT NUMBER: 631,027-A

VERSUS : 1ST JUDICIAL DISTRICT COURT

SENKO (U.S.A.) INC, AMTRUST
INSURANCE COMPANY OF
KANSAS, INC, ULISES BOTELLO, and
SAFEWAY INSURANCE COMPANY
OF LOUISIANA : CADDO PARISH, LOUISIANA

## PETITION

Michael Martin, of the age of majority and domiciled in Caddo Parish, Louisiana, respectfully represents:

1.

The defendants making this petition necessary are:

a. SENKO (U.S.A.) INC; a limited liability company authorized to do and doing business in the State of Louisiana;

b. AMTRUST INSURANCE COMPANY OF KANSAS, INC; a foreign insurer who provided liability coverage to the vehicle owned by Senko (U.S.A.) Inc;

c. ULISES BOTELLO; of the age of majority and domiciled in St. Johns County, Florida; and

d. SAFEWAY INSURANCE COMPANY OF LOUISIANA; a foreign insurer who provided uninsured motorist coverage to the vehicle owned and operated by Michael Martin.

2.

On October 21, 2020, a wreck occurred on I-20 East near the Spring Street exit in Caddo Parish, Louisiana, involving an 18-wheeler operated by Ulises Botello and a vehicle operated by Michael Martin.

3.

Ulises Botello abruptly changed lanes and sideswiped Michael Martin.

4.

Ulises Botello endangered the public and caused plaintiff's harm by:

a. Following too close;

b. Changing lanes when it was not safe to do so; and

c. Operating his vehicle in a careless and reckless manner.


Morris
Dewett.

$650

EXHIBIT A

Caddo Parish
Filed Jun 21, 2021 11:30 AM
Jill Brown
Deputy Clerk of Court
E-File Received Jun 21, 2021 11:23 AM

631027
A

5.

Ulises Botello was in the course and scope of his employment with Senko (U.S.A.) Inc. at the time of the wreck.

6.

Senko (U.S.A.) Inc. had a duty to communicate, establish and enforce screening, training, and supervision procedures to prevent acts of the nature described herein. This breach of duty by Senko (U.S.A.) Inc. caused plaintiff's injuries and harm. Senko (U.S.A.) Inc. was negligent in its hiring, retention, training, and supervision of Ulises Botello. This negligence was jointly a cause of plaintiff's harm.

7.

Defendants' reckless and negligent conduct caused harm to Michael Martin. Defendants are responsible for plaintiff's past and future: 1) medical expenses; 2) pain and suffering; 3) mental pain and anguish; 4) loss of enjoyment of life; 5) scarring and disfigurement; 6) functional impairment/disability; 7) loss of earning capacity; and 8) property damage.

8.

Plaintiff's claims equal or exceed the amount required for jury trial.

WHEREFORE, plaintiff prays that all harms and losses caused by the defendants be repaired by judgment; all expert fees, cost, and interest should be borne by defendants.

Respectfully Submitted,

MORRIS & DEWETT, LLC

By: _____

JOSH L. POWELL (#38378)
jpowell@morrisdewett.com
509 Milam Street
Shreveport, LA 71101
(318) 221-1507 - Telephone
(318) 221-4560 - Facsimile

ATTORNEYS FOR PLAINTIFF

**Please serve:**

**SENKO (U.S.A.) INC.**
Through Louisiana Long Arm Statute
Through its Agent for Service of Process
Toshio Shirota
1253 Hamilton Parkway
Itasca, IL 60143

**AMTRUST INSURANCE COMPANY OF KANSAS**
Through its Agent for Service of Process
Louisiana Secretary of State
8585 Archive Avenue
Baton Rouge, LA 70809

**ULISES BOTELLO**
315 Islander Circle
Saint Augustine, Florida 32080

**SAFEWAY INSURANCE COMPANY OF LOUISIANA**
Through its Agent for Service of Process
Darrell Meche
400 E. Kaliste Saloom Road, Ste. 2300
Lafayette, LA 70508