UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **MICHAEL MARTIN** | **CASE NO. 5:22-CV-01715** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SENKO (USA) INC.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge [Doc. No. 19] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Remand [Doc. No. 7] is **GRANTED**, and this matter is **REMANDED** to the First Judicial District Court for the Parish of Caddo, State of Louisiana.

MONROE, LOUISIANA, this 2nd day of December 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE